**No. 53007.**—H. J. Heinz Company v. United States, petition 6537–R (Pittsburgh).

Opinion by LAWRENCE, J.  From the testimony it appeared that the person who made the entry did so upon the basis of cost of production which he believed to be proper and which was supplied to him by the accounting department of the petitioner, and that he had no reason to believe that there was another or different cost-of-production formula for the imported commodity.  Upon reviewing the entire record the court was satisfied that the entry of the merchandise at a less value than that returned upon final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 53008.**—Eastman Kodak Company v. United States, petition 6660–R (Rochester).

Opinion by LAWRENCE, J.  Upon the record the court was satisfied that the entry of the merchandise at a less value than that returned upon final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.  The petition was therefore granted.

**No. 53009.**—D. Hauser et al. v. United States, protests 132059–K, etc. (New York).

Opinion by TILSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53010.**—Alanson Hats, Inc., et al. v. United States, protests 133638–K, etc. (New York).

Opinion by TILSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.